REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Albert B. Norris (SBN 34756)
    Stephen G. Blitch (SBN 70193)
2   Daniel J. Valim (SBN 233061)
    REED SMITH LLP
3   1999 Harrison Street, Suite 2400
    Oakland, CA  94612-3572
4
    **Mailing Address:**
5   P.O. Box 2084
    Oakland, CA  94604-2084
6
    Telephone:    510.763.2000
7   Facsimile:    510.273.8832

8   Attorneys for Lincoln Electric Holdings; The
    ESAB Group, Inc (erroneously named as
9   "ESAB Group, Inc., as itself and successor to
    Alloy Rods Inc. and L-TEC Welding and
10  Cutting Systems, Inc."); The Lincoln Electric
    Company; A.O. Smith Corporation; Praxair, Inc.
11  (erroneously named as "Praxair, Inc., as
    successor to Linde Air Products"); Union
12  Carbide Corporation (erroneously named as
    "Union Carbide Corporation, as successor to
13  Linde Air Products and Haynes Satellite
    Works"); Viacom Inc., successor by merger to
14  CBS Corporation, f/k/a Westinghouse; Hobart
    Brothers Company (erroneously named as
15  "Hobart Brothers Company, as itself and
    successor to Teledyne McKay, Inc." and
16  "McKay Welding Products"); The BOC Group,
    Inc. f/k/a Airco, Inc. (erroneously named as
17  "AIRCO/The BOC Group, Inc., as itself and as
    successor to Airco, Inc. (f/k/a Air reduction Co.)
18  and Wilson Welder & Metal Co."); Allegheny
    Technologies, Inc.; Lincoln Global, Inc.;
19  Sandvik, Inc. (erroneously named as "Sandvik
    Materials Technology Company"); and Airgas
20  Gulf-States, Inc.

21              UNITED STATES DISTRICT COURT

22             NORTHERN DISTRICT OF CALIFORNIA

23  JOSEPH DURAN, an individual,              No.: C06-05049 MJJ

24              Plaintiff,                    STIPULATION AND [▮▮▮▮▮▮▮]
                                              ORDER STAYING PROCEEDINGS
25       vs.

26  A.O. SMITH CORPORATION; ADAMS
    HARD-FACING COMPANY, INC.; AIR
27  PRODUCTS & CHEMICALS, INC.; AIRCO
    INC.; AIRCO/THE BOC GROUP, INC., as itself
28  and as successor to Airco, Inc. (f/k/a Air

C06-05049 MJJ                        – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Reduction Co.) and Wilson Welder & Metal Co.;
   AIRGAS-GULF STATES, INC.; ALLEGHENY
2  TECHNOLOGIES, INC. as successor to
   Teledyne-McKay Welding Products; AVESTA
3  POLARIT, INC.; BOC FINANCIAL CORP.;
   THE BOC GROUP, INC.; CATERPILLAR,
4  INC.; THE ESAB GROUP, INC.; ESAB
   GROUP, INC., as itself and as successor to Alloy
5  Rods Inc., and L-TEC Welding and Cutting
   Systems, Inc.; GENERAL ELECTRIC
6  COMPANY; HAYNES INTERNATIONAL,
   INC.; HOBART BROTHERS COMPANY, as
7  itself and as successor to Teledyne McKay, Inc.;
   ILLINOIS TOOL WORKS, INC., as successor to
8  Hobart Brothers Corp., Teledyne McKay, Inc. and
   Miller Electric Manufacturing Corp.; THE
9  LINCOLN ELECTRIC COMPANY LINCOLN
   ELECTRIC HOLDINGS; LINCOLN GLOBAL,
10 INC., also known as Seal Seat Corporation;
   MCKAY WELDING PRODUCTS;
11 METROPOLITAN LIFE INSURANCE
   COMPANY; MILLER ELECTRIC
12 MANUFACTURING CO., INC ; PRAXAIR,
   INC., as successor to Linde Air Products;
13 RANKIN INDUSTRIES, INC.; STOODY
   COMPANY, as itself and as successor to the
14 Deloro Stellite Company; THERMADYNE
   HOLDINGS CORPORATION, as itself and as
15 successor to the Deloro Stellite Company, Stoody
   Company, and Tweco Products, Inc.; UNION
16 CARBIDE CORPORATION, as successor to
   Linde Air Products and Haynes Stellite Works;
17 VIACOM, INC.; WESTINGHOUSE ELECTRIC
   CORPORATION; J.W. HARRIS COMPANY,
18 INC.; OLSON AND CO. STEEL, individually
   and as successor-in-interest to BOSTROM-
19 BERGEN METAL PRODUCTS; BOSTROM-
   BERGEN METAL PRODUCTS; VICTOR
20 EQUIPMENT COMPANY; HUNTINGTON
   ALLOYS CORPORATION f/k/a Inco Alloys
21 International Inc.; SANDVIK MATERIALS
   TECHNOLOGY COMPANY; THERMADYNE
22 INDUSTRIES aka Stoody; EAST BAY
   WELDING SUPPLY, INC.; CHEVRON U.S.A.
23 INC., individually and as successor-in-interest to
   Standard Oil Company; CALIFORNIA
24 WELDING SUPPLY COMPANY; GENUINE
   PARTS COMPANY; and Does 1-1000,

25                          Defendants.

26 _____

27

28

C06-05049 MJJ                                          − 2 −

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to In re Welding Fume Products Liability Litigation, MDL No. 1535 (N.D. Ohio).

Throughout the period during which the transfer is pending, the parties stipulate to a stay of Defendants' obligation to respond to the complaint and of the parties' right to propound discovery. During this period, the parties respectfully request that this Court refrain from issuing any scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution. Furthermore, any and all case management conferences currently on calendar are now removed.

SO STIPULATED AND AGREED

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED:  September 1, 2006

REED SMITH LLP

By_____

Albert B. Norris
Stephen G. Blitch
Daniel J. Valim
Attorneys for Defendants
Lincoln Electric Holdings; The ESAB Group, Inc
(erroneously named as "ESAB Group, Inc., as itself
and successor to Alloy Rods Inc. and L-TEC
Welding and Cutting Systems, Inc."); The Lincoln
Electric Company; A.O. Smith Corporation;
Praxair, Inc. (erroneously named as "Praxair, Inc.,
as successor to Linde Air Products"); Union
Carbide Corporation (erroneously named as "Union
Carbide Corporation, as successor to Linde Air
Products and Haynes Satellite Works"); Viacom
Inc., successor by merger to CBS Corporation, f/k/a
Westinghouse; Hobart Brothers Company
(erroneously named as "Hobart Brothers Company,
as itself and successor to Teledyne McKay, Inc."
and "McKay Welding Products"); The BOC Group,
Inc. f/k/a Airco, Inc. (erroneously named as
"AIRCO/The BOC Group, Inc., as itself and as
successor to Airco, Inc. (f/k/a Air reduction Co.)
and Wilson Welder & Metal Co."); Allegheny
Technologies, Inc.; Lincoln Global, Inc.; Sandvik,
Inc. (erroneously named as "Sandvik Materials
Technology Company"); and Airgas Gulf-States,
Inc.

DATED:  9/1/06

GREENE BROILLET & WHEELER, LLP

By_____

Bruce Fishelman
Helaine Hatter
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  9/13/2006

By_____

The Honorable Martin J. Jenkins

DOCSOAK-9843659.1

C06-05049 MJJ                                    – 4 –

Stipulation And [■■■■■■] Order Staying Proceedings

REED SMITH LLP
A limited liability partnership formed in the State of Delaware