Albert B. Norris (SBN 34756)
Stephen G. Blitch (SBN 70193)
Daniel J. Valim (SBN 233061)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:     510.273.8832

Attorneys for Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION; ADAMS HARD-FACING COMPANY, INC.; AIR PRODUCTS & CHEMICALS, INC.; AIRCO INC.; AIRCO/THE BOC GROUP, INC., as itself and as successor to Airco, Inc. (f/k/a Air | No.: C06-05049 MJJ<br><br>**STIPULATION AND [███████]<br>ORDER STAYING PROCEEDINGS** |

C06-05049 MJJ — 1 —
Stipulation And [███] Order Staying Proceedings

|   |   |
|---|---|
| 1 | Reduction Co.) and Wilson Welder & Metal Co.; AIRGAS-GULF STATES, INC.; ALLEGHENY |
| 2 | TECHNOLOGIES, INC. as successor to Teledyne-McKay Welding Products; AVESTA |
| 3 | POLARIT, INC.; BOC FINANCIAL CORP.; THE BOC GROUP, INC.; CATERPILLAR, |
| 4 | INC.; THE ESAB GROUP, INC.; ESAB GROUP, INC., as itself and as successor to Alloy |
| 5 | Rods Inc., and L-TEC Welding and Cutting Systems, Inc.; GENERAL ELECTRIC |
| 6 | COMPANY; HAYNES INTERNATIONAL, INC.; HOBART BROTHERS COMPANY, as |
| 7 | itself and as successor to Teledyne McKay, Inc.; ILLINOIS TOOL WORKS, INC., as successor to |
| 8 | Hobart Brothers Corp., Teledyne McKay, Inc. and Miller Electric Manufacturing Corp.; THE |
| 9 | LINCOLN ELECTRIC COMPANY LINCOLN ELECTRIC HOLDINGS; LINCOLN GLOBAL, |
| 10 | INC., also known as Seal Seat Corporation; MCKAY WELDING PRODUCTS; |
| 11 | METROPOLITAN LIFE INSURANCE COMPANY; MILLER ELECTRIC |
| 12 | MANUFACTURING CO., INC ; PRAXAIR, INC., as successor to Linde Air Products; |
| 13 | RANKIN INDUSTRIES, INC.; STOODY COMPANY, as itself and as successor to the |
| 14 | Deloro Stellite Company; THERMADYNE HOLDINGS CORPORATION, as itself and as |
| 15 | successor to the Deloro Stellite Company, Stoody Company, and Tweco Products, Inc.; UNION |
| 16 | CARBIDE CORPORATION, as successor to Linde Air Products and Haynes Stellite Works; |
| 17 | VIACOM, INC.; WESTINGHOUSE ELECTRIC CORPORATION; J.W. HARRIS COMPANY, |
| 18 | INC.; OLSON AND CO. STEEL, individually and as successor-in-interest to BOSTROM- |
| 19 | BERGEN METAL PRODUCTS; BOSTROM-BERGEN METAL PRODUCTS; VICTOR |
| 20 | EQUIPMENT COMPANY; HUNTINGTON ALLOYS CORPORATION f/k/a Inco Alloys |
| 21 | International Inc.; SANDVIK MATERIALS TECHNOLOGY COMPANY; THERMADYNE |
| 22 | INDUSTRIES aka Stoody; EAST BAY WELDING SUPPLY, INC.; CHEVRON U.S.A. |
| 23 | INC., individually and as successor-in-interest to Standard Oil Company; CALIFORNIA |
| 24 | WELDING SUPPLY COMPANY; GENUINE PARTS COMPANY; and Does 1-1000, |
| 25 | Defendants. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

C06-05049 MJJ

– 2 –

Stipulation And ▬▬▬ Order Staying Proceedings

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to
3  <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).

4

5  Throughout the period during which the transfer is pending, the parties stipulate to a stay of
6  Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.
7  During this period, the parties respectfully request that this Court refrain from issuing any
8  scheduling orders in this matter, including but not limited to case management orders and orders
9  pertaining to Alternative Dispute Resolution. Furthermore, any and all case management
10 conferences currently on calendar are now removed.
11 SO STIPULATED AND AGREED

C06-05049 MJJ

– 3 –

Stipulation And [ ] Order Staying Proceedings

DATED: September 1, 2006

REED SMITH LLP

By _____
Albert B. Norris
Stephen G. Blitch
Daniel J. Valim
Attorneys for Defendants
Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc.

DATED: 9/1/06

GREENE BROILLET & WHEELER, LLP

By _____
Bruce Fishelman
Helaine Hatter
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 9/13/2006

By _____
The Honorable Martin J. Jenkins

DOCSOAK-9843659.1
REED SMITH LLP
A limited liability partnership formed in the State of Delaware